# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION NO. 14-0139 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| MICHAEL S. GOLDEN | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Michael S. Golden, and adjudges him guilty of the offense charged in Count Two of the indictment against him.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the District Court accepts defendant, Michael S. Golden's agreement to forfeit and abandon any and all interest he may have in the evidence, items, and, or property seized during this investigation, arrest, and prosecution, as more specifically described in the Act of Forfeiture and Abandonment of Property.

THUS DONE AND SIGNED in Chambers, this 10th day of October, 2014, at Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE